**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**
Thomas D. Warren (SBN No. 160921)
twarren@piercebainbridge.com
Andrew Calderón (SBN No. 316673)
acalderon@piercebainbridge.com
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Telephone: (213) 262-9333
Facsimile: (213) 279-2008

Dwayne D. Sam (*pro hac application forthcoming*)
dsam@piercebainbridge.com
600 Pennsylvania Avenue NW,
South Tower, Suite 700
Washington, DC 20004
Telephone: (202) 843-8342
Facsimile: (646) 968-4125

*Counsel for Plaintiff Robert Ross*

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC,<br>  Defendant. | Case No.<br><br>**CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT**<br><br>**[CCP § 1780(d)]** |

CIVIL COMPLAINT

## I.   NATURE OF THE ACTION

I, Robert Ross, declare and state as follows:

1. I am the plaintiff in this action.

2. I make this affidavit as required by California Civil Code § 1780(d).

3. The Complaint in this action is filed in a proper place for trial because Defendant conducts substantial business in San Francisco County.

4. The Complaint in this action is further filed in a proper place for trial because the transactions that are the subject of this action occurred in this San Francisco County.

5. I am a citizen and resident of the State of California, County of San Francisco.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16 day of October 2019 at San Francisco, California.

_____
Robert Ross

| | |
|---|---|
| Dated: October 16, 2019 | Respectfully submitted,<br><br>*/s/*<br><br>Thomas D. Warren (SBN No.160921)<br>twarren@piercebainbridge.com<br>Andrew Calderón (SBN No. 316673)<br>acalderon@piercebainbridge.com<br>**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**<br>355 S. Grand Avenue, 44th Floor,<br>Los Angeles, CA 90071<br>Telephone: (213) 262-9333<br>Facsimile: (213) 279-2008<br><br>Dwayne D. Sam (*pro hac application forthcoming*)<br>dsam@piercebainbridge.com<br>**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**<br>600 Pennsylvania Avenue NW,<br>South Tower, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 843-8342<br>Facsimile: (646) 968-4125 |

CLASS ACTION COMPLAINT