| *Attorney or Party without Attorney:*<br>Pierce Bainbridge Beck Price & Hecht LLP<br>Thomas D Warren, Esq.<br>355 S. Grand Avenue, 44th Floor<br>Los Angeles, CA 90071<br>  *Telephone No:* 213-262-9333<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Northern District of California |
|---|

| *Plaintiff:* Robert Ross<br>*Defendant:* AT&T Inc. and AT&T Mobility LLC |
|---|

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:16-cv-6669 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Order Setting Initial Case Management Conference ans ADR Deadlines, ECF Order Assigning Judge, Standing Order, Consumer Legal Remedies Act Venue Affidavit

3. a.  Party served:     AT&T Mobility, LLC c/o CT Corporation System
   b.  Person served:    Gabriela Sanchez, Intake Specialist, CT Corporation System, Registered Agent , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   818 W 7th St Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Oct 25 2019 (2) at: 02:55 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/28/2019
(Date)                                            (Signature)



PROOF OF SERVICE

3919387
(323287)