UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T INC., et al.,<br><br>        Defendants. | Case No.19-cv-06669-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 24, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due March 17, 2020 by 5:00 PM.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: November 4, 2019

                                                Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Mauriona Lee, Deputy Clerk to the
                                              Honorable JON S. TIGAR
                                              510-637-3530