1  MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
4  Facsimile:  213.229.7520

5  ASHLEY E. JOHNSON (*pro hac application forthcoming*)
    ajohnson@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue, Suite 2100
7  Dallas, TX  75201-2911
   Telephone: 214.698.3100
8  Facsimile:  214.571.2900

9  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY, LLC,<br><br>　　　　　　Defendant. | CASE NO. 3:19-CV-06669-LB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT**<br><br>Complaint Served: October 25, 2019<br><br>Current Response Date: November 15, 2019<br><br>New Response Date: December 6, 2019 |

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE**

**PLAINTIFF'S INITIAL COMPLAINT**

　　　Pursuant to Local Rule 6-1, Plaintiff Robert Ross ("Ross") and Defendant AT&T Mobility, LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

　　　WHEREAS, Ross filed the Complaint in this action on October 17, 2019;

　　　WHEREAS, Ross served AT&T with the Summons and Complaint on October 25, 2019;

　　　WHEREAS, the parties have met and conferred regarding AT&T's deadline to answer or otherwise respond to the Complaint;

WHEREAS, the parties agree that the deadline for responding to the Complaint should be extended by 21 days until December 6, 2019;

WHEREAS, the parties have requested no prior extensions, and the stipulation will not affect any deadlines fixed by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Ross and AT&T through their respective counsel of record that as follows:

1. The current deadline for AT&T to respond to the Complaint shall be extended by 21 days;
2. AT&T shall be required to file its responsive pleading by December 6, 2019.

Dated: November 5, 2019

          MARCELLUS MCRAE
          GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Marcellus McRae
       Marcellus McRae

Attorneys for Defendant

DATED: November 5, 2019

          THOMAS D. WARREN
          PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

By:  /s/ Thomas D. Warren
       Thomas D. Warren

Attorneys for Plaintiff