MARCELLUS MCRAE, SBN 140308
    mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ASHLEY E. JOHNSON, *pro hac application forthcoming*
    ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX  75201-2911
Telephone: 214.698.3100
Facsimile:  214.571.2900

Attorneys for AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>                    Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY, LLC,<br><br>                    Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**DEFENDANT AT&T MOBILITY LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Action Filed: October 17, 2019<br><br>Judge:        Hon. Jon S. Tigar |

Gibson, Dunn & Crutcher LLP

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
CASE NO. 4:19-CV-06669 (JST)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC hereby states that AT&T Mobility LLC is a direct or indirect wholly-owned subsidiary of AT&T Inc. No publicly held corporation owns 10% or more of AT&T Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associates of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding: AT&T Inc.

Dated:   December 6, 2019              Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Marcellus A. McRae*
         Marcellus A. McRae

Attorney for AT&T Mobility LLC

Gibson, Dunn & Crutcher LLP

1
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
CASE NO. 4:19-CV-06669 (JST)