1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>     Plaintiff,<br><br> v.<br><br>AT&T MOBILITY, LLC,<br><br>     Defendant. | CASE NO. 3:19-CV-06669-LB<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S 12(B)(6) MOTION AND EXTENDING TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S 12(B)(6) MOTION**<br><br>Complaint Served: October 25, 2019<br><br>Current 12(b)(6) Response Date:<br>  December 20, 2019<br><br>New 12(b)(6) Response Date:<br>  January 8, 2020<br><br>Current 12(b)(6) Opposition Reply Date:<br>  December 27, 2020<br><br>New 12(b)(6) Opposition Reply Date:<br>  January 22, 2020 |

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFANDANT'S 12(b)(6) MOTION AND EXTENDING DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S 12(b)(6) MOTION**

1   Upon consideration of the stipulation filed by the parties, it is ORDERED that

2   the Plaintiff's deadline to respond to Defendant's 12(b)(6) motion is extended by 19

3   days to January 8, 2020.  In addition, it is ORDERED that the period of time that

4   Defendant shall have to reply to Plaintiff's Opposition to the 12(b)(6) motion shall be

5   extended by 7 days, resulting in a deadline of January 22, 2020.  Plaintiff's response is

6   now due January 8, 2020 and Defendant's reply is now due January 22, 2020.

7    The hearing is continued to February 12, 2020.

8   DATED: __December 13__, 2019

9   _____

10   Honorable Jon S. Tigar
    United States District Judge

---

2