Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>Plaintiff(s),<br><br>v.<br><br>AT&T MOBILITY, LLC<br><br>Defendant(s). | Case No: 4:19-CV-06669 (JST)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Ashley E. Johnson, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AT&T Mobility, LLC in the above-entitled action. My local co-counsel in this case is Marcellus McRae, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Gibson, Dunn & Crutcher LLP<br>2001 Ross Avenue, Ste 2100<br>Dallas, Texas 75201 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Gibson, Dunn & Crutcher LLP<br>333 So. Grand Avenue<br>Los Angeles, CA 90071 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(214) 698-3100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 229-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>ajohnson@gibsondunn.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mmcrae@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24067689.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: December 30, 2019                                          /s/ Ashley E. Johnson
                                                                                          APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 
                                                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                          *October 2012*