| | |
|---|---|
| 1 | **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP** |
| 2 | Thomas D. Warren (SBN No. 160921) |
|   | twarren@piercebainbridge.com |
| 3 | Andrew Calderón (SBN No. 316673) |
|   | acalderon@piercebainbridge.com |
| 4 | 355 S. Grand Avenue, 44th Floor |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: (213) 262-9333 |
| 6 | Facsimile: (213) 279-2008 |
| 7 | *Counsel for Plaintiff Robert Ross* |

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS, | Case No. 4:19-CV-06669 (JST) |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE IN COUNSEL** |
| AT&T MOBILITY, LLC, | Action Filed: October 17, 2019 |
| Defendant. | |

**NOTICE OF CHANGE IN COUNSEL**

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE** |
| 2 | **CLERK OF THE COURT:** |
| 3 | Plaintiff hereby gives notice that Dwayne D. Sam, who previously entered his appearance |
| 4 | in this case, is no longer associated with Pierce Bainbridge Beck Price & Hecht LLP. For this |
| 5 | reason, Plaintiff respectfully requests that Mr. Sam's appearance in this action be withdrawn. |
| 6 7 | Plaintiff continues to be represented by Thomas D. Warren and Andrew Calderón of Pierce |
| 8 | Bainbridge Beck Price & Hecht LLP. |

Dated: April 3, 2020    Respectfully submitted,

_____
Thomas D. Warren (SBN No.160921)
twarren@piercebainbridge.com
Andrew Calderón (SBN No. 316673)
acalderon@piercebainbridge.com
**PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**
355 S. Grand Avenue, 44th Floor,
Los Angeles, CA 90071
Telephone: (213) 262-9333
Facsimile: (213) 279-2008

*Attorneys for Plaintiff Robert Ross*