AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ROBERT ROSS | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-06669 (JST) |
| AT&T MOBILITY, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Ross

Date:   04/20/2020

*/s/ John M. Pierce*
*Attorney's signature*

John M. Pierce (SBN 250443)
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Avenue, 44th Floor
Los Angeles, California 90071
*Address*

jpierce@piercebainbridge.com
*E-mail address*

(213) 262-9333
*Telephone number*

(213) 279-2008
*FAX number*