**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Andrew Calderón (SBN 316673)
acalderon@piercebainbridge.com
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Telephone: (213) 262-9333
Facsimile: (213) 279-2008

*Counsel for Plaintiff Robert Ross*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY, LLC, <br><br> Defendant. | Case No. 4:19-cv-06669 (JST) <br><br> **NOTICE OF CHANGE IN COUNSEL** <br><br> Action Filed: October 17, 2019 |

NOTICE OF CHANGE IN COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

Plaintiff Robert Ross hereby gives notice that Thomas D. Warren, who previously entered his appearance in this matter, is no longer associated with Pierce Bainbridge Beck Price & Hecht LLP. For this reason, Plaintiff respectfully requests that Mr. Warren's appearance in this action be withdrawn. Plaintiff continues to be represented by John M. Pierce and Andrew Calderón of Pierce Bainbridge Beck Price & Hecht LLP.

Dated: April 23, 2020                           Respectfully submitted,

                                               /s/ *John M. Pierce*
                                               John M. Pierce (SBN 250443)
                                               jpierce@piercebainbridge.com
                                               Andrew Calderón (SBN 316673)
                                               acalderon@piercebainbridge.com
                                               **PIERCE BAINBRIDGE BECK PRICE & HECHT LLP**
                                               355 S. Grand Avenue, 44th Floor,
                                               Los Angeles, CA 90071
                                               Telephone: (231) 262-9333
                                               Facsimile: (213) 279-2008

                                               *Attorneys for Plaintiff Robert Ross*

**NOTICE OF CHANGE IN COUNSEL**