Christopher Grivakes, State Bar No. 127994
cg@agzlaw.com
Damion Robinson, State Bar No. 262573
dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:  (310) 979-8700
Facsimile:   (310) 979-8701

Attorneys for Plaintiff ROBERT ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ROBERT ROSS, an individual, | Case No. 4:19-cv-06669 (JST) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPPEARANCE** |
| AT&T MOBILITY, LLC, | |
| Defendant | |

PLEASE TAKE NOTICE that plaintiff hereby requests substitution of the following counsel:

John M. Pierce
Andrew M. Calderon
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
355 S. Grand Ave, 44th Floor
Los Angeles, CA 90071
(213) 262-9333

In their place, plaintiff designates the following as counsel of record:

Christopher Grivakes
Damion Robinson
AFFELD GRIVAKES LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
(310) 979-8700

This constitutes the Notice of Appearance by Christopher Grivakes and Damion Robinson to appear as counsel of record for the plaintiff in the above-entitled action.

DATED:  May 7, 2020                    AFFELD GRIVAKES LLP

                              By:   *Christopher Grivakes*
                              _____
                                    Christopher Grivakes
                                    Damion Robinson

                                    Attorneys for plaintiff ROBERT ROSS

## PROOF OF SERVICE

      I hereby certify that on 5/7/2020, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ Gabrielle Bruckner
Gabrielle Bruckner
