Christopher Grivakes, State Bar No. 127994
cg@agzlaw.com
Damion Robinson, State Bar No. 262573
dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Ste. 2460
Los Angeles, CA 90067
Telephone:  (310) 979-8700
Facsimile:   (310) 979-8701

Attorneys for Plaintiff ROBERT ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS, an individual,<br><br>                        Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>                        Defendant | Case No. 4:19-cv-06669 (JST)<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

Pursuant to Local Civil Rule 11-5, plaintiff ROBERT ROSS ("Ross") hereby moves for an order permitting the substitution of Christopher Grivakes and Damion Robinson of AFFELD GRIVAKES LLP, 2049 Century Park East, Ste. 2460, Los Angeles, CA 90067, (310) 979-8700 as his counsel of record. This motion is made, on the following grounds:

1.  Christopher Grivakes and Damion Robinson have been employed by Ross to represent him in this action in place of John M. Pierce and Andrew M. Calderon of PIERCE BAINBRIDGE BECK PRICE & HECHT LLP;

2.  Ross approves this motion;

3.  This request is unopposed.

For the foregoing reasons, Ross respectfully requests that the Court enter an order substituting Christopher Grivakes and Damion Robinson as attorneys of record in this action. Ross further requests that all necessary changes be made to the Court's records and the CM/ECF files for this case, so that future communications in this case be directed as follows:

>   Christopher Grivakes, Cal. Bar No. 127994
>   Damion D. D. Robinson, Cal. Bar. No. 262573
>   Affeld Grivakes LLP
>   2049 Century Park East, Suite 2460
>   Los Angeles, California 90067
>   Telephone:     (310) 979-8700
>   Facsimile:     (310) 979-8701
>   Email:         cg@agzlaw.com
>                  dr@agzlaw.com

DATED: May 19, 2020

Respectfully submitted,

AFFELD GRIVAKES LLP

By: *Christopher Grivakes*
    Christopher Grivakes
    Damion Robinson

Attorneys for plaintiff ROBERT ROSS

-1-
Motion to Substitute Counsel

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused the foregoing document to be electronically filed using the Court's CM/ECF system. I am informed and believe that electronic filing through the CM/ECF system results in electronic service on counsel for all interested parties.

Dated: May 19, 2020

_____
Damion Robinson