1  Christopher Grivakes, State Bar No. 127994
   cg@agzlaw.com
2  Damion Robinson, State Bar No. 262573
   dr@agzlaw.com
3  AFFELD GRIVAKES LLP
   2049 Century Park East, Ste. 2460
4  Los Angeles, CA 90067
   Telephone:  (310) 979-8700
5  Facsimile:   (310) 979-8701

6  Attorneys for Plaintiff ROBERT ROSS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| ROBERT ROSS, an individual, | Case No. 4:19-cv-06669 (JST) |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED]** **ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL** |
| AT&T MOBILITY, LLC, | |
| Defendant | |

## ORDER

The Court, having reviewed the Motion to Substitute Counsel of plaintiff Robert Ross ("Ross"), finding good cause, hereby GRANTS the motion as follows:

Christopher Grivakes and Damion Robinson of Affeld Grivakes LLP are hereby substituted as counsel for Ross in place of John M. Pierce and Andrew M. Calderon of Pierce Bainbridge Beck Price & Hecht LLP.  Mr. Robinson and Mr. Grivakes may appear as counsel of record for Ross in all future proceedings.  The Court's records and CM/ECF file shall be updated accordingly.

**IT IS SO ORDERED.**

Dated: May 21, 2020

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I caused the foregoing document to be electronically filed using the Court's CM/ECF system. I am informed and believe that electronic filing through the CM/ECF system results in electronic service on counsel for all interested parties.

Dated: May 19, 2020

_____
Damion Robinson