1  **Pierce Bainbridge Beck Price & Hecht LLP**
   John M. Pierce (SBN 250443)
2  jpierce@piercebainbridge.com
   Andrew Calderón (SBN 316673)
3  acalderon@piercebainbridge.com
   355 S. Grand Avenue, 44th Floor
4  Los Angeles, CA 90071
   Telephone: (213) 262-9333
5  Facsimile: (213) 279-2008

6  *Attorneys for Plaintiff Robert Ross*

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS, an individual, | Case No. 4:19-CV-06669 (JST) |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | **Compl. filed: October 17, 2019** |
| AT&T MOBILITY LLC, | |
| Defendant. | |

**Notice of Change in Counsel**

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that John M. Pierce formally withdraws his
3  appearance as counsel of record for Plaintiff Robert Ross.  Christopher
4  Grivakes and Damion Robinson of Affeld Grivakes LLP remain as counsel of
5  record. Plaintiff respectfully requests that the Court update all case
6  information and service lists to reflect this change.

7  Dated: May 21, 2020                              Respectfully submitted,

8                                                              **Pierce Bainbridge Beck Price &**
                                                                **Hecht LLP**
9

10
                                                                 By: _/s/ John M. Pierce_
11                                                                    John M. Pierce
                                                                      *Attorneys for Plaintiff Robert*
12                                                                    *Ross*

**Notice of Change in Counsel**