**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Andrew Calderón (SBN 316673)
acalderon@piercebainbridge.com
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Telephone: (213) 262-9333
Facsimile: (213) 279-2008

*Attorneys for Plaintiff Robert Ross*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>Defendant. | Case No. 4:19-CV-06669 (JST)<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>**Compl. filed: October 17, 2019** |

**Notice of Change in Counsel**

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that Andrew E. Calderón formally withdraws his appearance as counsel of record for Plaintiff Robert Ross. Christopher Grivakes and Damion Robinson of Affeld Grivakes LLP remain as counsel of record. Plaintiff respectfully requests that the Court update all case information and service lists to reflect this change.

Dated: May 21, 2020

Respectfully submitted,

**Pierce Bainbridge Beck Price & Hecht LLP**

By: _____
Andrew E. Calderón
*Attorneys for Plaintiff Robert Ross*

---

**Notice of Change in Counsel**