1    MARCELLUS MCRAE, SBN 140308
     mmcrae@gibsondunn.com
2    GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3    Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
4    Facsimile:  213.229.7520

5    ASHLEY E. JOHNSON, admitted *pro hac vice*
     ajohnson@gibsondunn.com
6    GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue
7    Dallas, TX  75201
   Telephone:  214.698.3100
8    Facsimile:  214.571.2949

9    Attorneys for Defendant AT&T MOBILITY LLC

10    CHRISTOPHER GRIVAKES
     cg@agzlaw.com
11    DAMION ROBINSON
     dr@agzlaw.com
12    AFFELD GRIVAKES LLP
   2049 Century Park East, Suite 2460
13    Los Angeles, CA 90067
   Telephone:  310.979.8700
14    Facsimile: 310.979.8701

15    Attorneys for Plaintiff ROBERT ROSS

16

17               UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                 OAKLAND DIVISION

| | |
|---|---|
| 20   ROBERT ROSS, | CASE NO. 4:19-CV-06669 (JST) |
| 21            Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE ANSWER** |
| 22     v. | Motion to Dismiss Denied in Part: May 14, 2020 |
| 23   AT&T MOBILITY LLC, | |
| 24           Defendant. | Current Answer Date: May 28, 2020 |
| 25 | New Answer Date: June 10, 2020 |

26

27

28

## JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT

Pursuant to Local Rule 6-1(a), Plaintiff Robert Ross ("Ross") and Defendant AT&T Mobility LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, Ross filed the Complaint in this action on October 17, 2019;

WHEREAS, AT&T filed its Motion to Dismiss the Complaint on December 6, 2019;

WHEREAS, the Court granted in part and denied in part AT&T's Motion to Dismiss on May 14, 2020;

WHEREAS, Ross does not intend to file an amended complaint at this time;

WHEREAS, the parties have met and conferred regarding AT&T's deadline to file an Answer to Ross's Complaint;

WHEREAS, the parties agree to an extension of AT&T's deadline to file an Answer to Ross's Complaint;

WHEREAS, the parties agree that the deadline for filing the Answer to Ross's Complaint should be extended by 13 days until June 10, 2020;

WHEREAS, the parties have requested no prior extensions to the May 28, 2020 deadline;

WHEREAS, the stipulation will not affect any deadlines fixed by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Ross and AT&T through their respective counsel of record, as follows:

1.  The current deadline for AT&T to file its Answer to Ross's Complaint shall be extended by 13 days; and

2.  AT&T shall be required to file its Answer to Ross's Complaint on June 10, 2020.

Dated: May 23, 2020

<div style="margin-left: 40%;">

MARCELLUS MCRAE
GIBSON, DUNN & CRUTCHER LLP


By:  /s/ *Marcellus A. McRae*
     Marcellus A. McRae

Attorneys for Defendant AT&T MOBILITY LLC
</div>

DATED: May 23, 2020

<div style="margin-left: 40%;">
CHRISTOPHER GRIVAKES
AFFELD GRIVAKES LLP


By:  /s/ *Christopher Grivakes*
     Christopher Grivakes

Attorneys for Plaintiff ROBERT ROSS
</div>

Local Rule 5-1(i) attestation:

Pursuant to Local Rule 5-1(i), I, Marcellus McRae, attest that concurrence in the filing of this document was obtained from the other signatory to this document.

103941390.1

JOINT STIPULATION TO EXTEND ANSWER DEADLINE
CASE NO. 4:19-CV-06669 (JST)

Gibson, Dunn &
Crutcher LLP