UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY, LLC,<br><br>        Defendant. | Case No. 19-cv-06669-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**<br><br>Re: ECF No. 49 |

Discovery disputes in this case are referred to a magistrate judge. The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed. The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

**IT IS SO ORDERED**.

Dated: June 1, 2020



JON S. TIGAR
United States District Judge