UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY, LLC,<br><br>        Defendant. | Case No. 19-cv-06669-JST (AGT)<br><br>**RECUSAL ORDER** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself and request that discovery be referred to another magistrate judge.

**IT IS SO ORDERED.**

Dated: June 3, 2020

_____
ALEX G. TSE
United States Magistrate Judge