CHRISTOPHER GRIVAKES
  cg@agzlaw.com
DAMION ROBINSON
  dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:  310.979.8700
Facsimile: 310.979.8701

Attorneys for Plaintiff ROBERT ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>                Plaintiff,<br><br>       v.<br><br>AT&T MOBILITY LLC,<br><br>                Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:  September 30, 2020<br>Time:  2:00 p.m.<br>Place:  Courtroom 6 |

## **PROOF OF SERVICE**

     I hereby certify that on 8/25/2020, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

s/ Christopher Grivakes<br>
Christopher Grivakes

The Motion of Plaintiff ROBERT ROSS ("Ross") to file a First Amended Complaint to add new parties and new claims against AT&T MOBILITY, LLC ("AT&T"), pursuant to Fed. Rule Civ. Proc. §15(a)(2) and 16(b)(4), came before the Court.  Appearances were as noted on the record.

The Court having received and read all of the motion, opposition, and reply papers, including the supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Ross is ordered to file the First Amended Complaint attached to the Declaration of Christopher Grivakes within 5 days of this Order.

DATED:  September __, 2020

_____
Hon. Jon S. Tigar
United States District Judge