MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX  75201
Telephone: 214.698.3100
Facsimile:  214.571.2949

Attorneys for Defendant AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>                    Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY, LLC,<br><br>                    Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**STIPULATION TO POSTPONE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE**<br><br>Complaint Served: October 25, 2019<br><br>Current Case Management Statement Date: September 8, 2020<br><br>New Case Management Statement Date: October 20, 2020<br><br>Current Case Management Conference Date: September 15, 2020<br><br>New Case Management Statement Date: October 27, 2020 |

Plaintiff Robert Ross and Defendant AT&T Mobility, LLC file this Stipulation to Postpone Case Management Statement and Case Management Conference.

1. On May 19, 2020, the court entered a Minute Entry outlining a proposed case schedule for this matter (see Dkt. 40).  The entry stated that the Case Management Statement is due by September 8, 2020, and the Further Case Management Conference was set for September 15, 2020.

2. As the parties noted in their Joint Submission Regarding Mediation and Pre-Mediation Discovery (Dkt. 47), the parties intend to conduct an initial mediation session by September 30, 2020.

3. Accordingly, as set forth in the parties' mediation submission, the parties have stipulated and agreed that it would be prudent to postpone the case management conference until after this initial mediation.

Accordingly, the parties request that the Court postpone the deadline to submit an updated case management statement until October 20, 2020, and also postpone the status conference until October 27, 2020.

Dated: September 4, 2020

        MARCELLUS MCRAE
        ASHLEY E. JOHNSON
        GIBSON, DUNN & CRUTCHER LLP

        By:  /s/ *Ashley E. Johnson*
             Ashley E. Johnson

        Attorneys for Defendant AT&T MOBILITY, LLC

Dated: September 4, 2020

        CHRISTOPHER GRIVAKES
        DAMION ROBINSON
        AFFELD GRIVAKES LLP

        By:  /s/ *Christopher Grivakes*
             Christopher Grivakes

        Attorneys for Plaintiff ROBERT ROSS

Local Rule 5-1(i) attestation:

Pursuant to Local Rule 5-1(i), I, Ashley E. Johnson, attest that concurrence in the filing of this document was obtained from the other signatory to this document.