MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX  75201
Telephone: 214.698.3100
Facsimile:  214.571.2949

Attorneys for Defendant AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY, LLC, <br><br> Defendant. | CASE NO. 4:19-CV-06669 (JST) <br><br> **DECLARATION OF ASHLEY E. JOHNSON IN SUPPORT OF STIPULATION TO POSTPONE CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE** |

I, Ashley E. Johnson, declare and state as follows:

1. I am Of Counsel at Gibson, Dunn & Crutcher, LLP, and counsel of record for Defendant AT&T Mobility, LLC.

2. On May 19, 2020, the court entered a Minute Entry for proceedings in this case, which set the deadline to file a Case Management Statement for September 8, 2020, and the date for the Case Management Conference as September 15, 2020.

3. On May 29, 2020, the parties filed a Joint Submission Regarding Mediation and Pre-Mediation Discovery.  In this submission, the parties notified the Court of their intention to hold an initial mediation session by September 30, 2020.

4. Further, the parties noted in the Joint Submission that "based on that timing, the Parties agree that the case management report and conference scheduled for September would be more useful in October."

5. Accordingly, the parties have agreed to request that the Case Management Conference be held October 27, 2020 and that the Case Management Statement be due October 20, 2020.

6. This modified schedule will not affect any other deadlines in the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2020 in Seaside, Oregon.

By: /s/ *Ashley E. Johnson*
      Ashley E. Johnson

Attorney for Defendant AT&T MOBILITY, LLC