UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>             Plaintiff,<br><br>      v.<br><br>AT&T MOBILITY, LLC,<br><br>             Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT CASE MANAGEMENT STATEMENT AND EXTENDING DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Served: October 25, 2019<br><br>Current Case Management Statement Date: September 8, 2020<br><br>New Case Management Statement Date: October 20, 2020<br><br>Current Case Management Conference Date: September 15, 2020<br><br>New Case Management Statement Date: October 27, 2020 |

**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT CASE MANAGEMENT STATEMENT AND EXTENDING DATE OF CASE MANAGEMENT CONFERENCE**

Upon consideration of the stipulation filed by the parties, it is ORDERED that the Case Management Conference in this case is postponed until October 27, 2020.  The parties' deadline to submit an Updated Case Management Statement shall be October 20, 2020.

**IT IS SO ORDERED.**

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER EXTENDING TIME TO SUBMIT CASE MANAGEMENT STATEMENT AND EXTENDING DATE OF CASE MANAGEMENT CONFERENCE
CASE NO. 4:19-CV-06669 (JST)

1  Dated: September ___, 2020

_____
Honorable Jon S. Tigar
United States District Judge

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER EXTENDING TIME TO SUBMIT CASE MANAGEMENT STATEMENT AND EXTENDING DATE OF CASE MANAGEMENT CONFERENCE
CASE NO. 4:19-CV-06669 (JST)