CHRISTOPHER GRIVAKES
  cg@agzlaw.com
DAMION ROBINSON
  dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:  310.979.8700
Facsimile: 310.979.8701

Attorneys for Plaintiff ROBERT ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT&T MOBILITY LLC,<br><br>        Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**PLAINTIFF'S SECOND NOTICE OF ERRATA RE: FILING FIRST AMENDED COMPLAINT** |

1     Plaintiff ROBERT ROSS ("Ross") inadvertently filed an incorrect version of the
2 First Amended Complaint ("FAC").  The proper version is attached hereto as Exhibit
3 A.

5 DATED: December 22, 2020     CHRISTOPHER GRIVAKES
6     AFFELD GRIVAKES LLP

8     By: /s/ *Christopher Grivakes*
        Christopher Grivakes

10     Attorneys for Plaintiff ROBERT ROSS

**PROOF OF SERVICE**

  I hereby certify that on December 22, 2020, I electronically filed the foregoing document using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

            s/ Christopher Grivakes
            Christopher Grivakes