MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:  214.571.2949

Attorneys for Defendant AT&T MOBILITY LLC

CHRISTOPHER GRIVAKES
  cg@agzlaw.com
DAMION ROBINSON
  dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:  310.979.8700
Facsimile: 310.979.8701

Attorneys for Plaintiff ROBERT ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>             Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>             Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Amended Complaint Served: December 21, 2020<br><br>Second Errata to Amended Complaint Served: December 22, 2020<br><br>Original Deadline for Defendant's Responses: January 5, 2021<br><br>New Deadline for Defendant's Responses: January 12, 2021 |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-06669 (JST)

Pursuant to Local Rule 6-1(a), Plaintiff Robert Ross ("Ross") and Defendant AT&T Mobility LLC ("AT&T"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, this Court granted Ross's Motion to File a First Amended Complaint on December 18, 2020 (Dkt. 69);

WHEREAS, Ross filed a First Amended Complaint on December 21, 2020 (Dkt. 71);

WHEREAS, Ross filed an Errata regarding the First Amended Complaint on December 21, 2020 (Dkt. 74);

WHEREAS, Ross filed a second Errata regarding the First Amended Complaint on December 22, 2020 (Dkt. 75);

WHEREAS, AT&T's deadline to respond to the First Amended Complaint, as modified by the December 22, 2020 Errata, is January 5, 2021, pursuant to Fed. R. Civ. P. 15(d);

WHEREAS, in light of the ongoing holiday season and related personal and professional obligations of counsel and client representatives, the parties agree to an extension to AT&T's deadline to respond to the First Amended Complaint;

WHEREAS, the parties agree that the deadline to respond to the First Amended Complaint should be extended by 7 days, to January 12, 2021;

WHEREAS, the parties have requested no prior extensions to the January 5, 2021 deadline;

WHEREAS, the stipulation will not affect any deadlines fixed by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Ross and AT&T through their respective counsel of record, as follows:

1. The current deadline for AT&T to respond to Ross's First Amended Complaint shall be extended by 7 days; and

2. AT&T shall be required to respond to Ross's First Amended Complaint on January 12, 2021.

2

JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-06669 (JST)

Gibson, Dunn & Crutcher LLP

Dated: December 30, 2020

          MARCELLUS MCRAE
          ASHLEY E. JOHNSON
          GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Ashley E. Johnson*
      Marcellus McRae
      Ashley E. Johnson

Attorneys for Defendant AT&T MOBILITY LLC

DATED: December 30, 2020

          CHRISTOPHER GRIVAKES
          AFFELD GRIVAKES LLP

By: /s/ *Christopher Grivakes*
      Christopher Grivakes

Attorneys for Plaintiff ROBERT ROSS

Local Rule 5-1(i) attestation:

Pursuant to Local Rule 5-1(i), I, Ashley E. Johnson, attest that concurrence in the filing of this document was obtained from the other signatory to this document.

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-06669 (JST)