MARCELLUS MCRAE, SBN 140308
   mmcrae@gibsondunn.com
ASHLEY E. JOHNSON, admitted *pro hac vice*
   ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>        Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**DECLARATION OF ASHLEY E. JOHNSON IN SUPPORT OF JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Amended Complaint Served: December 21, 2020<br><br>Second Errata to Amended Complaint Served: December 22, 2020<br><br>Original Deadline for Defendant's Responses: January 5, 2021<br><br>New Deadline for Defendant's Responses: January 12, 2021 |

1
JOHNSON DECLARATION ISO JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-06669 (JST)

Gibson, Dunn & Crutcher LLP

I, Ashley E. Johnson, declare and state as follows:

1. This Court granted Plaintiff Robert Ross's Motion to File a First Amended Complaint on December 18, 2020 (Dkt. 69).

2. Ross filed a First Amended Complaint on December 21, 2020 (Dkt. 71).

3. Ross filed an Errata regarding the First Amended Complaint on December 21, 2020 (Dkt. 74).

4. Ross filed a second Errata regarding the First Amended Complaint on December 22, 2020 (Dkt. 75).

5. AT&T Mobility LLC's ("AT&T") deadline to respond to the First Amended Complaint, as modified by the December 22, 2020 Errata, is January 5, 2021, pursuant to Fed. R. Civ. P. 15(d).

6. In light of the ongoing holiday season and related personal and professional obligations of counsel and client representatives, the parties have agreed to a 7-day extension to AT&T deadline to respond to the First Amended Complaint, to and including January 12, 2021.

7. The parties have requested no prior extensions to the January 5, 2021 deadline.

8. The stipulation will not affect any deadlines fixed by the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 30, 2020 in Destin, Florida.

By: /s/ Ashley E. Johnson
Ashley E. Johnson

*Attorney for Defendant AT&T MOBILITY LLC*

2
JOHNSON DECLARATION ISO JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-06669 (JST)

Gibson, Dunn & Crutcher LLP