UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>　　　　　Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Amended Complaint Served: December 21, 2020<br><br>Second Errata to Amended Complaint Served: December 22, 2020<br><br>Original Deadline for Defendant's Responses: January 5, 2021<br><br>New Deadline for Defendant's Responses: January 12, 2021 |

## [~~PROPOSED~~] ORDER EXTENDING AT&T MOBILITY LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Upon consideration of the stipulation filed by the parties, it is ORDERED that Defendant AT&T Mobility LLC's deadline to submit a response to Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 15(a) is extended until January 12, 2021.

**IT IS SO ORDERED.**

Dated: ~~December ___, 2020~~  January 4, 2021

_____
Honorable Jon S. Tigar
United States District Judge

1

Gibson, Dunn & Crutcher LLP

[~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. 4:19-CV-06669 (JST)