UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>             Plaintiff,<br><br>      v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and ONE TOUCH DIRECT – SAN ANTONIO, LLC,<br><br>             Defendants. | CASE NO. 4:19-CV-06669 (JST)<br><br>**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>**Hearing:**<br>Date: January 12, 2021<br>Time: 2:00 PM<br>Place: Videoconference<br>Judge: Judge Jon S. Tigar |

Pursuant to Civil Local Rule 16-10 and this Court's October 23, 2020 Order, Plaintiff Robert Ross ("Mr. Ross") and Defendant AT&T Mobility LLC ("AT&T") hereby submit this Joint Case Management Statement and Proposed Order. This Joint Case Management Statement identifies subjects covered by the initial Joint Case Management Statement and Order as to which there are updates or changes since the updated Joint Case Management Statement and Order filed October 16, 2020. Where the parties have disagreements in their respective submissions below, the fact that any assertion in either submission is not addressed or refuted by the opposing party does not reflect that party's agreement to the assertion at issue.

## I. PROGRESS AND CHANGES SINCE LAST STATEMENT WAS FILED

### A.    MOTIONS

#### 1.    Changes Since Last Statement Was Filed With Respect To Potential Future Motions

AT&T anticipates that it might be required to file an additional motion to dismiss in response to Mr. Ross's First Amended Complaint. AT&T also anticipates filing a motion for summary judgment at an appropriate time. The parties anticipate that they may have to file discovery motions if the meet and confer process does not resolve discovery disputes.

### B.    AMENDMENT OF PLEADINGS

On December 21, 2020, Mr. Ross amended the Complaint adding One Touch Direct, LLC and One Touch Direct – San Antonio, LLC as Defendants, as well as an additional claim for fraudulent concealment and additional grounds for punitive damages on December 21, 2020. Dkt. 71. Mr. Ross also filed a first and second Errata thereto on December 21 and 22, 2020 respectively. Dkt. 74, 75. On January 4, 2021, the Court granted the parties' joint stipulation to extend the time for AT&T to respond to Mr. Ross's First Amended Complaint from January 5 to January 12, 2021.

Pursuant to agreement of the parties, the deadline for One Touch Direct, LLC and One Touch Direct – San Antonio, LLC to respond to the First Amended Complaint is January 25, 2021.

### C.    DISCOVERY AND DISCLOSURES

The parties have entered into a stipulated e-discovery order, Dkt. 50, and the Court has entered a protective order, Dkt. 57. Each party has served its initial disclosures pursuant to Fed. R. Civ. P.

26(a).  Mr. Ross served his first set of requests for production and interrogatories on September 28, 2020, and AT&T served its responses and objections on October 28, 2020. Further, AT&T served productions in response to these discovery requests on November 20, 2020 and December 23, 2020. Likewise, AT&T served its first set of requests for production and interrogatories on October 5, 2020, and Mr. Ross served his responses and objections to on November 12, 2020. Mr. Ross served his first production in response to these discovery requests on December 30, 2020.

The parties continue to engage in the meet and confer process with respect to their respective responses to written discovery.

| | | |
|---|---|---|
| 1 | Dated: January 5, 2021 | MARCELLUS MCRAE |
| 2 | | ASHLEY E. JOHNSON |
| | | GIBSON, DUNN & CRUTCHER LLP |

Dated: January 5, 2021

MARCELLUS MCRAE
ASHLEY E. JOHNSON
GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Ashley E. Johnson*
Marcellus McRae
Ashley E. Johnson

MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:  214.571.2949

Attorneys for Defendant AT&T MOBILITY LLC

Dated: January 5, 2021

Christopher Grivakes
AFFELD GRIVAKES LLP

By:   /s/ *Christopher Grivakes*
Christopher Grivakes
Damion Robinson

CHRISTOPHER GRIVAKES
  cg@agzlaw.com
DAMION ROBINSON
  dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:  310.979.8700
Facsimile: 310.979.8701

Attorney for Plaintiff ROBERT ROSS

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), Ashley E. Johnson hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: January 5, 2021                              */s/ Ashley E. Johnson*
                                                                   Ashley E. Johnson

**[PROPOSED] CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: _____, 2021

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE