1  BUCHALTER
   A Professional Corporation
   KEVIN T. COLLINS (SBN: 185427)
2  ALISSA R. PLEAU-FULLER (SBN: 258907)
3  500 Capitol Mall, Suite 1900
   Sacramento, CA  95814
4  Telephone: 916.945.5170
   Email:  kcollins@buchalter.com
5
   Attorneys for Defendants
6  ONE TOUCH DIRECT, LLC, and
   ONETOUCH DIRECT- SAN ANTONIO LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | ROBERT ROSS,                          | Case No. 4:19-cv-6669
11 |         Plaintiff,                    | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS ONE TOUCH DIRECT, LLC AND ONETOUCH DIRECT – SAN ANTONIO LLC PURSUANT TO CIVIL LOCAL RULE 3-15**
12 |    vs.                                |
13 | AT&T MOBILITY, LLC, ONE TOUCH         |
   | DIRECT, LLC, and ONE TOUCH DIRECT-    |
14 | SAN ANTONIO, LLC,                     |
15 |         Defendant.                    |

BUCHALTER
A Professional Corporation
Sacramento

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
BN 43939055v2

Case No. 4:19-cv-6669

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant AT&T Mobility, LLC;

2. Plaintiff Robert Ross;

3. Defendant OneTouch Direct – San Antonio, LLC is a subsidiary of Defendant One Touch Direct, LLC; and

4. Defendant One Touch Direct, LLC has the following members with a financial interest: Mole Holdings, Inc., Reed Holdings, Inc., Inteliservices, Inc., and OTD Holding Company, Inc.

Of the companies and individuals listed above, none of the companies are publicly traded companies.

DATED:  January 29, 2021                          BUCHALTER
                                                  A Professional Corporation


                                                  By:  /s/ Alissa R. Pleau-Fuller
                                                       KEVIN T. COLLINS
                                                       ALISSA R. PLEAU-FULLER
                                                       Attorneys for Defendants
                                                       ONE TOUCH DIRECT, LLC, and ONE
                                                       TOUCH DIRECT- SAN ANTONIO, LLC

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
BN 43939055v2

Case No. 4:19-cv-6669