1    BUCHALTER
     A Professional Corporation
2    KEVIN T. COLLINS (SBN: 185427)
     ALISSA R. PLEAU-FULLER (SBN: 258907)
3    500 Capitol Mall, Suite 1900
     Sacramento, CA 95814
4    Telephone: 916.945.5170
     Email: kcollins@buchalter.com
5    apleaufuller@buchalter.com

6    Attorneys for Defendants
     ONE TOUCH DIRECT, LLC, and
7    ONETOUCH DIRECT- SAN ANTONIO LLC

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
     ROBERT ROSS,                          Case No. 4:19-cv-6669-JST
11
              Plaintiff,                   **JOINT STIPULATION AND REQUEST
12                                         TO CONTINUE TRIAL AND OTHER
          vs.                              RELATED DATES IN THE SCHEDULING
13                                         ORDER; AND [PROPOSED] ORDER**
     AT&T MOBILITY, LLC, ONE TOUCH
14   DIRECT, LLC, and ONE TOUCH DIRECT-    **CURRENT TRIAL DATE:** November 29,
     SAN ANTONIO, LLC,                     2021
15                                         **REQUESTED TRIAL DATE:** February 28,
              Defendant.                   2022
16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO CONTINUE DATES IN THE
SCHEDULING ORDER**
BN 43915890v6
Case No. 4:19-cv-6669-JST

Plaintiff, Robert Ross ("Plaintiff"), and Defendants, AT&T Mobility, LLC, One Touch Direct, LLC ("OTD"), and OneTouch Direct – San Antonio LLC ("OTD-SA") (collectively, "OTD Defendants"), through their counsel of record, hereby respectfully request that the Court continue the scheduled trial date and related dates pursuant to Civ. L.R. 7 and 40-1.  The Plaintiff and Defendants (are collectively, referred to as the "Parties").

IT IS HEREBY STIPULATED by and between the Parties as follows:

**A.**   **Background Information**

1.   Plaintiff filed his Complaint on October 17, 2019.  (Dkt. 1.)

2.   On May 19, 2020, the Court issued a Scheduling Order (Dkt. 42), which set various dates for the case.

3.   On December 18, 2020, the Court granted Plaintiff's Motion to File First Amended Complaint, naming the OTD Defendants as defendants for the first time in the matter. (Dkt. 69.)

4.   Due to the OTD Defendants being recently added as defendants, on January 29, 2021 they filed their answer to Plaintiff's First Amended Complaint.  However, discovery is set to close in less than three (3) months.

5.   Accordingly, as the OTD Defendants are new parties to the case, the Parties respectfully request that the current dates in the Scheduling Order be extended by approximately three (3) months to accommodate discovery prior to trial.  Below are the proposed continued dates.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to add parties or amend the pleadings | June 4, 2020 | June 4, 2020 |
| Fact discovery cut-off | April 9, 2021 | July 8, 2021 |
| Mediation deadline | | |
| Expert disclosure | April 23, 2021 | July 22, 2021 |
| Expert rebuttal | May 28, 2021 | August 26, 2021 |
| Expert discovery cut-off | June 16, 2021 | September 14, 2021 |
| Deadline to file dispositive motions | July 14, 2021 | October 12, 2021 |
| Pretrial conference statement due | October 29, 2021 | January 27, , 2022 |

2

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**JOINT STIPULATION TO CONTINUE DATES IN THE SCHEDULING ORDER**
BN 43915890v6

Case No. 4:19-cv-6669-JST

| Event | Current Deadline | New Deadline |
|---|---|---|
| Pretrial conference | November 5, 2021 at 2:00 pm | February 3, 2022, 2022 |
| Trial | November 29, 2021 | February 28, 2022 |
| Estimated trial length (in days) | Ten | Ten |

6.    Good cause exists to continue the trial and related dates as OTD and OTD-SA have not had an opportunity to fully evaluate their defenses in the case and will need to conduct discovery.  (Declaration of Alissa R. Pleau-Fuller filed concurrently herewith ("Pleau-Fuller Decl."), ¶ 3.)  This will require more time and a continuance of at least 90 days as to the various Scheduling Order dates.  (*Id.*)

7.    This is the first continuance requested by the Parties.

IT IS SO STIPULATED.

DATED:  February 8, 2021                BUCHALTER, A Professional Corporation


By:    */s/ Kevin T. Collins*
KEVIN T. COLLINS
ALISSA R. PLEAU-FULLER
Attorneys for Defendants
ONE TOUCH DIRECT, LLC, and ONE
TOUCH DIRECT- SAN ANTONIO, LLC


DATED:  February 8, 2021                AFFELD GRIVAKES LLP


By:    */s/ Christopher Grivakes*
CHRISTOPHER GRIVAKES
DAMION ROBINSON
Attorneys for Plaintiff
ROBERT ROSS


DATED:  February 8, 2021                GIBSON, DUNN & CRUTCHER LLP


By:    */s/ Ashley Johnson*
MARCELLUS MCRAE
ASHLEY JOHNSON
Attorneys for Defendant
AT&T Mobility, LLC

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**JOINT STIPULATION TO CONTINUE DATES IN THE SCHEDULING ORDER**
BN 43915890v6

Case No. 4:19-cv-6669-JST

1    I, the undersigned, hereby attest that the other signatories have concurred in the filing of

2    this document as indicated by a conformed signature (/s/) within this e-filed document.

3

4    DATED:  February 8, 2021                    BUCHALTER, A Professional Corporation

5

6    By:      /s/ Alissa R. Pleau-Fuller
         KEVIN T. COLLINS
7        ALISSA R. PLEAU-FULLER
         Attorneys for Defendants
8    ONE TOUCH DIRECT, LLC, and ONETOUCH
         DIRECT- SAN ANTONIO, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO CONTINUE DATES IN THE
SCHEDULING ORDER**
BN 43915890v6

Case No. 4:19-cv-6669-JST

1

## [PROPOSED] ORDER

2      Having read and considered the Joint Stipulation and Requests to Continue Trial and

3  Other Related Dates in the Scheduling Order, and for good cause shown, the Stipulation is

4  approved.  The Court approves the Stipulation and Orders as follows:

5

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline to add parties or amend the pleadings | June 4, 2020 | June 4, 2020 |
| Fact discovery cut-off | April 9, 2021 | July 8, 2021 |
| Mediation deadline | | |
| Expert disclosure | April 23, 2021 | July 22, 2021 |
| Expert rebuttal | May 28, 2021 | August 26, 2021 |
| Expert discovery cut-off | June 16, 2021 | September 14, 2021 |
| Deadline to file dispositive motions | July 14, 2021 | October 12, 2021 |
| Pretrial conference statement due | October 29, 2021 | January 27, 2022 |
| Pretrial conference | November 5, 2021 at 2:00 pm | February 3, 2022 |
| Trial | November 29, 2021 | February 28, 2022 |
| Estimated trial length (in days) | Ten | Ten |

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  Dated: _____            _____

19                                      HON. JON S. TIGAR
                                        United States District Court Judge

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**JOINT STIPULATION TO CONTINUE DATES IN THE
SCHEDULING ORDER**
BN 43915890v6

Case No. 4:19-cv-6669-JST