BUCHALTER
A Professional Corporation
KEVIN T. COLLINS (SBN: 185427)
ALISSA R. PLEAU-FULLER (SBN: 258907)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: kcollins@buchalter.com
apleaufuller@buchalter.com

Attorneys for Defendants
ONE TOUCH DIRECT, LLC, and
ONETOUCH DIRECT- SAN ANTONIO LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT&T MOBILITY, LLC, ONE TOUCH DIRECT, LLC, and ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>        Defendant. | Case No. 4:19-cv-6669-JST<br><br>**DECLARATION OF ALISSA R. PLEAU-FULLER IN SUPPORT OF JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND OTHER RELATED DATES IN THE SCHEDULING ORDER; AND [PROPOSED] ORDER**<br><br>**CURRENT TRIAL DATE:** November 29, 2021<br>**REQUESTED TRIAL DATE:** February 28, 2022 |

Buchalter
A Professional Corporation
Sacramento

**PLEAU-FULLER DECLARATION ISO JOINT STIPULATION TO CONTINUE DATES IN THE SCHEDULING ORDER**
BN 44102816v3

Case No. 4:19-cv-6669-JST

I, Alissa R. Pleau-Fuller, declare:

1. I am an attorney at law duly licensed to practice in the Northern District of California and am an attorney with the law firm of Buchalter, A Professional Corporation ("Buchalter"). Buchalter is the attorney of record for Defendants One Touch Direct, LLC and OneTouch Direct – San Antonio LLC ("OTD Defendants"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could testify competently to those facts.

2. The OTD Defendants were just recently served with the First Amended Complaint and brought into the case in December 2020. The current October 2021 trial, the close of discovery and other related dates are fast-approaching and do not provide the OTD Defendants with adequate time to conduct discovery and prepare for trial.

3. Good cause exists to continue the trial and related dates as the OTD Defendants, as well as myself and Kevin Collins as counsel of record for the OTD Defendants, have not had an opportunity to fully evaluate the OTD Defendants' defenses in the case and will need to conduct discovery. This will require more time and a continuance of at least 90 days as to the various Scheduling Order dates.

I declare under penalty of perjury of the laws of the United States of America that the following is true and correct and that this Declaration was executed on February 8, 2021, at Davis, California.

_____
ALISSA R. PLEAU-FULLER

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

PLEAU-FULLER DECLARATION ISO JOINT STIPULATION TO CONTINUE DATES IN THE SCHEDULING ORDER
BN 44102816v3

2

Case No. 4:19-cv-6669-JST