1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT ROSS,<br><br>                Plaintiff,<br><br>        vs.<br><br>AT&T MOBILITY, LLC, ONE TOUCH DIRECT, LLC, and ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>                Defendant. | Case No. 4:19-cv-6669-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND OTHER RELATED DATES IN THE SCHEDULING ORDER**<br><br>**CURRENT TRIAL DATE:** November 29, 2021<br>**REQUESTED TRIAL DATE:** February 28, 2022 |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**
**TO CONTINUE DATES IN THE SCHEDULING ORDER**
BN 44163623v1

Case No. 4:19-cv-6669-JST

1

## [PROPOSED] ORDER

2    Having read and considered the Joint Stipulation and Requests to Continue Trial and

3 Other Related Dates in the Scheduling Order ("Stipulation"), and for good cause shown, the

4 Stipulation is approved.  The Court approves the Stipulation and orders that the Scheduling Order

5 (Dkt. 42) dates are amended as follows:

6

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to add parties or amend the pleadings | June 4, 2020 | June 4, 2020 |
| Fact discovery cut-off | April 9, 2021 | July 8, 2021 |
| Mediation deadline | | |
| Expert disclosure | April 23, 2021 | July 22, 2021 |
| Expert rebuttal | May 28, 2021 | August 26, 2021 |
| Expert discovery cut-off | June 16, 2021 | September 14, 2021 |
| Deadline to file dispositive motions | July 14, 2021 | October 12, 2021 |
| Pretrial conference statement due | October 29, 2021 | January 27, 2022 |
| Pretrial conference | November 5, 2021 at 2:00 pm | February 3, 2022 |
| Trial | November 29, 2021 | February 28, 2022 |
| Estimated trial length (in days) | Ten | Ten |

16

17    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

18

19 Dated: _____     _____

20                                                           HON. JON S. TIGAR
                                                              United States District Court Judge

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

2

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**
**TO CONTINUE DATES IN THE SCHEDULING ORDER**
BN 44163623v1

Case No. 4:19-cv-6669-JST