1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT&T MOBILITY, LLC, ONE TOUCH DIRECT, LLC, and ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>        Defendant. | Case No. 4:19-cv-6669-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND OTHER RELATED DATES IN THE SCHEDULING ORDER**<br><br>**CURRENT TRIAL DATE:** November 29, 2021<br><br>**REQUESTED TRIAL DATE:** February 28, 2022 |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DATES IN THE SCHEDULING ORDER**

Case No. 4:19-cv-6669-JST

BN 44163623v1

# [PROPOSED] ORDER

Having read and considered the Joint Stipulation and Requests to Continue Trial and Other Related Dates in the Scheduling Order ("Stipulation"), and for good cause shown, the Stipulation is approved. The Court approves the Stipulation and orders that the Scheduling Order (Dkt. 42) dates are amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to add parties or amend the pleadings | June 4, 2020 | June 4, 2020 |
| Fact discovery cut-off | April 9, 2021 | July 8, 2021 |
| Mediation deadline | | |
| Expert disclosure | April 23, 2021 | July 22, 2021 |
| Expert rebuttal | May 28, 2021 | August 26, 2021 |
| Expert discovery cut-off | June 16, 2021 | September 14, 2021 |
| Deadline to file dispositive motions | July 14, 2021 | October 12, 2021 |
| Pretrial conference statement due | October 29, 2021 | January 27, 2022 |
| Pretrial conference | November 5, 2021 at 2:00 pm | February 3, 2022 |
| Trial | November 29, 2021 | February 28, 2022 |
| Estimated trial length (in days) | Ten | Ten |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: February 10, 2021

HON. JON S. TIGAR
United States District Court Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO CONTINUE DATES IN THE SCHEDULING ORDER
BN 44163623v1

Case No. 4:19-cv-6669-JST