1  BUCHALTER
   A Professional Corporation
2  KEVIN T. COLLINS (SBN: 185427)
   ALISSA R. PLEAU-FULLER (SBN: 258907)
3  MIKHAIL PARNES (SBN: 300922)
   500 Capitol Mall, Suite 1900
4  Sacramento, CA  95814
   Telephone: 916.945.5170
5  Email:  kcollins@buchalter.com
   apleaufuller@buchalter.com
6
7  Attorneys for Defendants
   ONE TOUCH DIRECT, LLC, and
   ONETOUCH DIRECT- SAN ANTONIO LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | ROBERT ROSS,                              | Case No. 4:19-cv-6669-JST
12 |          Plaintiff,                       | **JOINT STIPULATION AND REQUEST TO ADD ONE TOUCH DIRECT, LLC AND ONETOUCH DIRECT – SAN ANTONIO LLC TO THE PROTECTIVE ORDER; AND [PROPOSED] ORDER**
13 |     vs.                                   |
14 | AT&T MOBILITY, LLC, ONE TOUCH DIRECT, LLC, and ONE TOUCH DIRECT-SAN ANTONIO, LLC, |
15 |                                           |
16 |          Defendant.                       |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**JOINT STIPULATION AND REQUEST TO ADD ONE TOUCH DIRECT, LLC AND ONE TOUCH DIRECT – SAN ANTONIO, LLC TO PROTECTIVE ORDER**
BN 44674432v1

Case No. 4:19-cv-6669-JST

Plaintiff, Robert Ross ("Plaintiff"), and Defendants AT&T Mobility, LLC ("AT&T"), One Touch Direct, LLC ("OTD"), and OneTouch Direct – San Antonio LLC ("OTD-SA") (collectively, OTD and OTD-SA are the "OTD Defendants"), through their counsel of record, hereby stipulate and respectfully request that the OTD Defendants, as later joined parties, be added as parties to the Protective Order in this case. The Plaintiff, AT&T and the OTD Defendants are collectively referred to herein as the "Parties."

IT IS HEREBY STIPULATED by and between the Parties as follows:

1. On June 25, 2020, the Court issued Plaintiff and AT&T's stipulated Protective Order (as modified by the Court) ("Protective Order") (Dkt. No. 57), which governs the confidentiality of documents in this action.

2. On December 21, 2020, Plaintiff filed its First Amended Complaint naming the OTD Defendants as defendants for the first time. (Dkt. No. 71.)

3. On January 29, 2021, the OTD Defendants filed their Answer to the First Amended Complaint.

4. As later joined parties, the OTD Defendants have agreed to abide by the terms of the Protective Order and to be added as "Parties" to the Protective Order.

5. Good cause exists to add the OTD Defendants as Parties to the Protective Order to ensure the protections provided under the Protective Order extend to the OTD Defendants as newly joined parties to the action.

6. The Parties hereby respectfully request that the OTD Defendants be deemed added as Parties to the Protective Order.

IT IS SO STIPULATED.

DATED: March 16, 2021                BUCHALTER, A Professional Corporation

By:    /s/ Alissa R. Pleau-Fuller
       KEVIN T. COLLINS
       ALISSA R. PLEAU-FULLER
       Attorneys for Defendants
       ONE TOUCH DIRECT, LLC, and ONE
       TOUCH DIRECT- SAN ANTONIO, LLC

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

JOINT STIPULATION AND REQUEST TO ADD ONE TOUCH DIRECT, LLC AND ONE TOUCH DIRECT – SAN ANTONIO, LLC TO PROTECTIVE ORDER
BN 44674432v1

Case No. 4:19-cv-6669-JST

| | | |
|---|---|---|
| 1 | DATED: March 16, 2021 | AFFELD GRIVAKES LLP |
| 2 | | |
| 3 | | By:  */s/ Christopher Grivakes* |
| 4 | | CHRISTOPHER GRIVAKES<br>DAMION ROBINSON |
| 5 | | Attorneys for Plaintiff<br>ROBERT ROSS |
| 6 | DATED: March 16, 2021 | GIBSON, DUNN & CRUTCHER LLP |
| 7 | | |
| 8 | | |
| 9 | | By:  */s/ Ashley Johnson*<br>MARCELLUS MCRAE |
| 10 | | ASHLEY JOHNSON<br>Attorneys for Defendant |
| 11 | | AT&T Mobility, LLC |

I, the undersigned, hereby attest that the other signatories have concurred in the filing of this document as indicated by a conformed signature (/s/) within this e-filed document.

DATED: March 16, 2021               BUCHALTER, A Professional Corporation

By:  */s/ Alissa R. Pleau-Fuller*
KEVIN T. COLLINS
ALISSA R. PLEAU-FULLER
Attorneys for Defendants
ONE TOUCH DIRECT, LLC, and ONETOUCH DIRECT- SAN ANTONIO LLC

3

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

JOINT STIPULATION AND REQUEST TO ADD ONE TOUCH DIRECT, LLC AND ONE TOUCH DIRECT – SAN ANTONIO, LLC TO PROTECTIVE ORDER
BN 44674432v1

Case No. 4:19-cv-6669-JST

## [PROPOSED] ORDER

Having read and considered the moving papers, the Parties' Joint Stipulation and Request to Add One Touch Direct, LLC and OneTouch Direct – San Antonio LLC (collectively, "OTD Defendants") to the Protective Order in this case (Dkt. No. 57) is hereby GRANTED. The OTD Defendants are hereby added as Parties to the Protective Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____                    _____
                                          HON. JON S. TIGAR
                                          United States District Court Judge

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

JOINT STIPULATION AND REQUEST TO ADD ONE TOUCH DIRECT, LLC AND ONE TOUCH DIRECT – SAN ANTONIO, LLC TO PROTECTIVE ORDER
BN 44674432v1

Case No. 4:19-cv-6669-JST

4