UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ROSS,

    Plaintiff,

v.

AT&T MOBILITY, LLC,

    Defendant.

Case No. 19-cv-06669-JST

**REVISED SCHEDULING ORDER**

The Court hereby sets the following revised case deadlines:

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | December 23, 2021 |
| Mediation deadline | To be set by separate order |
| Expert disclosures | January 6, 2022 |
| Expert rebuttal | February 10, 2022 |
| Expert discovery cut-off | March 1, 2022 |
| Deadline to file dispositive motions | March 29, 2022 |
| Pretrial conference statement due | July 15, 2022 |
| Pretrial conference | July 22, 2022 at 2:00 p.m. |
| Trial | August 15, 2022 at 8:00 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Ten |

**IT IS SO ORDERED.**

Dated: April 21, 2021



JON S. TIGAR
United States District Judge