CHRISTOPHER GRIVAKES
 cg@agzlaw.com
DAMION ROBINSON
 dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:  310.979.8700
Facsimile: 310.979.8701

Attorneys for Plaintiff ROBERT ROSS

MARCELLUS MCRAE, SBN 140308
 mmcrae@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
 Los Angeles, CA  90071-3197
 Telephone: 213.229.7000
 Facsimile: 213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
 ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:  214.571.2949
Attorneys for Defendant AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>             Plaintiff,<br><br>     v.<br><br>AT&T MOBILITY LLC, et al,<br><br>             Defendants. | CASE NO. 4:19-CV-06669 (JST)<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO FILE DISCOVERY LETTER BRIEF UNDER SEAL**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 6 |

The Application of Plaintiff ROBERT ROSS ("Ross") and Defendant AT&T MOBILITY, LLC for an Order to file an unredacted version of the attachment to their joint Discovery Letter to Magistrate under seal was received by the Court.

IT IS ORDERED, as follows:

1. The Court GRANTS the motion to seal the unredacted version of the attachment to the joint Discovery Letter to Magistrate. The unredacted version of the attachment shall remain under seal, and the public will have access only to the redacted version.

Dated: April 26, 2021     _____

Magistrate Judge Donna M. Ryu