UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-06669-JST<br><br>**ORDER RE SETTLEMENT CONFERENCE MAGISTRATE JUDGE**<br><br>Re: ECF No. 102 |

The Court notes the parties' expression of interest in a Settlement Conference with a Magistrate Judge. *See* ECF No. 102 at 3; ADR L.R. 3-4(a)(3).

The parties are ordered to meet and confer regarding the Magistrate Judges they believe would be particularly effective in conducting settlement negotiations in this case, and file a joint rank-ordered list of three Magistrate Judges by 5:00 p.m. June 21, 2021. If the parties are unable to agree on a jointly-ordered list, they shall not file competing proposals or otherwise express a preference.

**IT IS SO ORDERED.**

Dated: June 17, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge