UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>        Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO FILE JOINT LIST RE SETTLEMENT CONFERENCE MAGISTRATE JUDGES**<br><br>Original Case Management Conference: June 22, 2021<br><br>New Case Management Conference: June 29, 2021<br><br>Deadline to file Joint List re Settlement Conference: June 21, 2021<br><br>New Deadline to file Joint List re Settlement Conference: June 28, 2021 |

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO FILE JOINT LIST RE SETTLEMENT CONFERENCE MAGISTRATE JUDGES

Upon consideration of the stipulation filed by the parties, it is ORDERED that the Parties Further Case Management Conference shall be extended by 7 days until June 29, 2021, and the deadline for the Parties to file a Joint List regarding Settlement Conference Magistrate Judges shall be extended by 7 days until June 28, 2021.

**IT IS SO ORDERED.**

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO FILE JOINT LIST RE SETTLEMENT CONFERENCE MAGISTRATE JUDGES
CASE NO. 4:19-CV-06669 (JST)

Dated: June __, 2021

_____
Honorable Jon S. Tigar
United States District Judge

2

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO FILE JOINT LIST RE SETTLEMENT CONFERENCE MAGISTRATE JUDGES
CASE NO. 4:19-CV-06669 (JST)

Gibson, Dunn & Crutcher LLP