MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
  ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:  214.571.2949

Attorneys for Defendant AT&T MOBILITY LLC

CHRISTOPHER GRIVAKES
  cg@agzlaw.com
DAMION ROBINSON
  dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone:  310.979.8700
Facsimile: 310.979.8701

Attorneys for Plaintiff ROBERT ROSS

KEVIN T. COLLINS (SBN: 185427)
  kcollins@buchalter.com
ALISSA R. PLEAU-FULLER (SBN: 258907)
  apleaufuller@buchalter.com
MIKHAIL PARNES (SBN: 300922)
  mparnes@buchalter.com
BUCHALTER
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170

Attorneys for Defendants ONE TOUCH DIRECT, LLC, and ONETOUCH DIRECT-SAN ANTONIO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>                    Plaintiff,<br><br>        v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONETOUCH DIRECT-SAN ANTONIO, LLC,<br><br>                    Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**JOINT LIST RE SETTLEMENT CONFERENCE MAGISTRATE JUDGES** |

Pursuant to This Court's June 17 and June 21 Orders (Dkt. 104, 107), Plaintiff Robert Ross, Defendant AT&T Mobility LLC, and Defendants One Touch Direct, LLC and OneTouch Direct – San Antonio, LLC, by and through their respective counsel of record, stipulate and agree to the following rank-ordered list of three Magistrate Judges for a settlement conference:

1. Magistrate Judge Virginia K. DeMarchi;
2. Magistrate Judge Jacqueline Scott Corley; and
3. Magistrate Judge Nathanael Cousins.

Dated: June 28, 2021

MARCELLUS MCRAE
ASHLEY E. JOHNSON
GIBSON, DUNN & CRUTCHER LLP


By: /s/     *Ashley Johnson*
         Marcellus McRae
         Ashley E. Johnson

Attorneys for Defendant AT&T MOBILITY LLC


DATED: June 28, 2021            CHRISTOPHER GRIVAKES
                                AFFELD GRIVAKES LLP


By: /s/     *Approved in Substance*
         Christopher Grivakes

Attorneys for Plaintiff ROBERT ROSS


DATED: June 28, 2021            KEVIN T. COLLINS
                                ALISSA R. PLEAU-FULLER
                                BUCHALTER


By: /s/     *Alissa R. Pleau-Fuller*
         Alissa R. Pleau-Fuller

Attorneys for Defendants ONE TOUCH DIRECT, LLC, and ONETOUCH DIRECT- SAN ANTONIO LLC

Amended Local Rule 5-1(i) attestation:

Pursuant to Local Rule 5-1(i), I, Ashley E. Johnson, attest that concurrence in the filing of this document was obtained from Alissa Pleau-Fuller, Attorney for Defendants One Touch Direct, LLC and OneTouch Direct – San Antonio LLC.  I have been unable to confirm approval by Counsel for Robert Ross for the form of the document, but the parties all agreed by telephone to the rank-ordered list.