MARCELLUS MCRAE, SBN 140308
 mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:     213.229.7000
Facsimile:      213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
 ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2949

Attorneys for Defendant AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONETOUCH DIRECT-SAN ANTONIO, LLC,<br><br>　　　　　　Defendants. | CASE NO. 4:19-CV-06669 (JST)<br><br>**RESPONSE TO COURT'S AUGUST 24, 2021 ORDER** |

　　　　Pursuant to the Court's August 24, 2021 order (Dkt. 116), Defendant AT&T Mobility LLC ("AT&T"), by and through its respective counsel of record, submits the text of Plaintiff's Request for Production No. 1 as follows:

　　　　**1.**　　　**All DOCUMENTS authored by any AT&T officer, manager or employee which address the issue of unauthorized SIM swaps.**

| | |
|---|---|
| Dated: August 25, 2021 | GIBSON, DUNN & CRUTCHER LLP |
| | By: *Ashley E. Johnson* |
| |       Marcellus A. McRae |
| |       Ashley E. Johnson |
| | Attorneys for Defendant AT&T MOBILITY LLC |