# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 8/26/2021 | **Time:** 2:05-2:25 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:19-cv-06669-JST | **Case Name:** Robert Ross v. AT&T Mobility, LLC, et al | |

**For Plaintiff:**
Christopher Grivakes

**For Defendant AT&T Mobility, LLC:**
Ashley Johnson

**Deputy Clerk:** Ivy Lerma Garcia         **Recorded on Zoom:** 2:05-2:25

## PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Amended Joint Discovery Letter Brief [Docket No. 100] – hearing held

   Plaintiff's Interrogatory No. 1 and Request for Production No. 1 seek information on the number of unauthorized SIM swaps reported to AT&T by its customers. The parties dispute the appropriate date range for AT&T's responses. For the reasons stated on the record, AT&T shall provide responsive information and documents starting from January 1, 2016.

   Plaintiff's motion to compel discovery on ZenKey is denied without prejudice to Plaintiff making a stronger showing as to the relevance and proportionality of that information.

   Plaintiff's request for information on the total dollar amount AT&T has paid out to customers on unauthorized SIM swap claims is denied without prejudice to Plaintiff making a stronger showing of relevance and proportionality for that information.

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          ( )   Court

cc: Chambers