UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>    Defendants. | Case No.  19-cv-06669-JST   (VKD)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE DATES** |

    This matter is set for a settlement conference on September 30, 2021, and for a pre-settlement telephone conference call on September 27, 2021.  The parties have advised that they wish to postpone the settlement conference until November 2021.  Accordingly, the Court vacates the dates for both the settlement conference and the telephone conference call.

    The parties shall confer and advise Judge DeMarchi's courtroom deputy by **October 8, 2021** of the dates in November 2021 on which they propose to participate in a settlement conference and a pre-settlement telephone conference call.

    **IT IS SO ORDERED.**

Dated: September 24, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge