| | |
|---|---|
| MARCELLUS MCRAE, SBN 140308<br>   mmcrae@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>ASHLEY E. JOHNSON, admitted *pro hac vice*<br>   ajohnson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2949<br><br>Attorneys for Defendant AT&T MOBILITY LLC | KEVIN T. COLLINS (SBN: 185427)<br>   kcollins@buchalter.com<br>ALISSA R. PLEAU-FULLER (SBN: 258907)<br>   apleaufuller@buchalter.com<br>MIKHAIL PARNES (SBN: 300922)<br>   mparnes@buchalter.com<br>BUCHALTER<br>500 Capitol Mall, Suite 1900<br>Sacramento, CA 95814<br>Telephone: 916.945.5170<br><br>Attorneys for Defendants ONE TOUCH DIRECT, LLC, and ONETOUCH DIRECT-SAN ANTONIO LLC |

CHRISTOPHER GRIVAKES
   cg@agzlaw.com
DAMION ROBINSON
   dr@agzlaw.com
AFFELD GRIVAKES LLP
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310.979.8700
Facsimile: 310.979.8701

Attorneys for Plaintiff ROBERT ROSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>        Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>        Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**JOINT STIPULATION TO REQUEST ORDER EXTENDING SCHEDULING ORDER DEADLINES**<br><br>Fact discovery cutoff – April 8, 2022<br>Expert disclosures – April 22, 2022<br>Expert rebuttal – May 27, 2022<br>Dispositive motions – July 15, 2022<br>Pretrial conference statement – October 28, 2022<br>Pretrial conference – November 4, 2022<br>Trial – December 5, 2022 |

Pursuant to Local Rule 6-2, Plaintiff Robert Ross ("Ross"), Defendant AT&T Mobility LLC ("AT&T"), and Defendants One Touch Direct, LLC and OneTouch Direct – San Antonio LLC (collectively, "One Touch") (all parties collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, this Court issued an initial Scheduling Order on March 19, 2020 (Dkt. 42);

WHEREAS, this Court issued a Revised Scheduling Order on April 21, 2021 (Dkt. 95);

WHEREAS, the Revised Scheduling Order set the following case deadlines:

> Fact discovery cutoff – December 23, 2021
> Expert disclosures – January 6, 2022
> Expert rebuttal – February 10, 2022
> Dispositive motions – March 1, 2022
> Pretrial conference statement – July 15, 2022
> Pretrial conference – July 22, 2022
> Trial – August 15, 2022

WHEREAS, on August 26, 2021, Magistrate Judge Ryu entered a discovery order in this action (Dkt. 118.);

WHEREAS, the Parties have agreed to postpone the settlement conference previously scheduled for September 30, 2021 to November 2021, because Plaintiff's counsel has indicated that he believes the settlement conference would be more productive if he is allowed additional time to confer with his client regarding Magistrate Judge Ryu's order, as well as ongoing developments in other cases;

WHEREAS, the Parties agree that the current scheduling order should be extended as follows in light of the postponement to the settlement conference and to preserve the resources of the Parties and the Court:

> Fact discovery cutoff – April 8, 2022
> Expert disclosures – April 22, 2022
> Expert rebuttal – May 27, 2022
> Dispositive motions – July 15, 2022
> Pretrial conference statement – October 28, 2022
> Pretrial conference – November 4, 2022
> Trial – December 5, 2022

WHEREAS, the parties have previously extended the schedule entered by the Court on one occasion;

WHEREAS, the stipulation will not affect any deadlines fixed by the Court other than as set forth herein;

IT IS HEREBY STIPULATED AND AGREED, by and between Ross, One Touch, and AT&T through their respective counsel of record, as follows:

1. The deadlines contained in the Revised Scheduling Order (Dkt. 95) should be further revised as follows:

> Fact discovery cutoff – April 8, 2022
> Expert disclosures – April 22, 2022
> Expert rebuttal – May 27, 2022
> Dispositive motions – July 15, 2022
> Pretrial conference statement – October 28, 2022
> Pretrial conference – November 4, 2022
> Trial – December 5, 2022

Respectfully submitted,

Dated: September 29, 2021

    MARCELLUS MCRAE
    ASHLEY E. JOHNSON
    GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Ashley E. Johnson*
        Marcellus McRae
        Ashley E. Johnson

Attorneys for Defendant AT&T MOBILITY LLC

DATED: September 29, 2021

    CHRISTOPHER GRIVAKES
    AFFELD GRIVAKES LLP

By: /s/ *Christopher Grivakes*
        Christopher Grivakes

Attorneys for Plaintiff ROBERT ROSS

DATED: September 29, 2021

    KEVIN T. COLLINS
    ALISSA R. PLEAU-FULLER
    BUCHALTER

By: /s/ *Alissa R. Pleau-Fuller*
        Alissa R. Pleau-Fuller

Attorneys for Defendants ONE TOUCH DIRECT, LLC, and ONETOUCH DIRECT- SAN ANTONIO LLC

Local Rule 5-1(i) attestation:

Pursuant to Local Rule 5-1(i), I, Ashley E. Johnson, attest that concurrence in the filing of this document was obtained from the other signatories to this document.