MARCELLUS MCRAE, SBN 140308
   mmcrae@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

ASHLEY E. JOHNSON, admitted *pro hac vice*
   ajohnson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:  214.571.2949
Attorneys for Defendant AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br>             Plaintiff,<br>v.<br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and ONE TOUCH DIRECT-SAN ANTONIO LLC,<br>             Defendants. | CASE NO. 4:19-CV-06669 (JST)<br><br>**JOHNSON DECLARATION ISO JOINT STIPULATION TO REQUEST ORDER EXTENDING SCHEDULING ORDER DEADLINES**<br><br>Fact discovery cutoff – April 8, 2022<br>Expert disclosures – April 22, 2022<br>Expert rebuttal – May 27, 2022<br>Dispositive motions – July 15, 2022<br>Pretrial conference statement – October 28, 2022<br>Pretrial conference – November 4, 2022<br>Trial – December 5, 2022 |

Gibson, Dunn & Crutcher LLP

JOHNSON DECLARATION ISO JOINT STIPULATION TO REQUEST ORDER EXTENDING SCHEDULING ORDER DEADLINES
CASE NO. 4:19-CV-06669 (JST)

I, Ashley E. Johnson, declare and state as follows:

1. This Court issued an initial Scheduling Order on March 19, 2020 (Dkt. 42).

2. After One Touch Direct, LLC and OneTouch Direct – San Antonio LLC were added as Defendants, and upon request of the parties in a joint case management statement, this Court issued a Revised Scheduling Order (Dkt. 95) on April 21, 2021 setting the following case deadlines:

> Fact discovery cutoff – December 23, 2021
> Expert disclosures – January 6, 2022
> Expert rebuttal – February 10, 2022
> Dispositive motions – March 1, 2022
> Pretrial conference statement – July 15, 2022
> Pretrial conference – July 22, 2022
> Trial – August 15, 2022

3. On August 26, 2021, Magistrate Judge Ryu entered a discovery order in this action (Dkt. 118).

4. The Parties have conferred and agreed to postpone the settlement conference previously scheduled for September 30, 2021 to November 2021, because Plaintiff's counsel has indicated that he believes the settlement conference would be more productive if he is allowed additional time to confer with his client regarding Magistrate Judge Ryu's order, as well as ongoing developments in other cases;

5. The Parties have further agree that the current scheduling order should be extended as follows in light of the postponement to the settlement conference and to preserve the resources of the Parties and the Court:

> Fact discovery cutoff – April 8, 2022
> Expert disclosures – April 22, 2022
> Expert rebuttal – May 27, 2022
> Dispositive motions – July 15, 2022
> Pretrial conference statement – October 28, 2022
> Pretrial conference – November 4, 2022
> Trial – December 5, 2022

6. The parties have previously extended the schedule entered by the Court on one occasion (Dkt. 42).

2

Gibson, Dunn & Crutcher LLP

JOHNSON DECLARATION ISO JOINT STIPULATION TO REQUEST ORDER EXTENDING
SCHEDULING ORDER DEADLINES
CASE NO. 4:19-CV-06669 (JST)

7. The stipulation will not affect any deadlines fixed by the Court other than as set forth herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2021 in Dallas, Texas.

By: /s/ *Ashley E. Johnson*
Ashley E. Johnson

*Attorney for Defendant AT&T MOBILITY LLC*

3
JOHNSON DECLARATION ISO JOINT STIPULATION TO REQUEST ORDER EXTENDING
SCHEDULING ORDER DEADLINES
CASE NO. 4:19-CV-06669 (JST)

Gibson, Dunn &
Crutcher LLP