UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONE TOUCH DIRECT-SAN ANTONIO, LLC,<br><br>　　　　　Defendant. | CASE NO. 4:19-CV-06669 (JST)<br><br>**[PROPOSED] ORDER EXTENDING SCHEDULING ORDER DEADLINES**<br><br>Fact discovery cutoff – April 8, 2022<br>Expert disclosures – April 22, 2022<br>Expert rebuttal – May 27, 2022<br>Dispositive motions – July 15, 2022<br>Pretrial conference statement – October 28, 2022<br>Pretrial conference – November 4, 2022<br>Trial – December 5, 2022 |

### [PROPOSED] ORDER EXTENDING SCHEDULING ORDER DEADLINES

Upon consideration of the stipulation filed by the parties, it is ORDERED that the Revised Scheduling Order (Dkt. 42) is amended as follows:

Fact discovery cutoff – April 8, 2022

Expert disclosures – April 22, 2022

Expert rebuttal – May 27, 2022

Dispositive motions – July 15, 2022

Pretrial conference statement – October 28, 2022

Pretrial conference – November 4, 2022

Trial – December 5, 2022

1   **IT IS SO ORDERED.**

2

3
    Dated: September __, 2021
4

5   _____
    Honorable Jon S. Tigar
6   United States District Judge