1   CHRISTOPHER GRIVAKES
      cg@agzlaw.com
2   DAMION ROBINSON
      dr@agzlaw.com
3   AFFELD GRIVAKES LLP
    2049 Century Park East, Suite 2460
4   Los Angeles, CA 90067
    Telephone: 310.979.8700
5   Facsimile: 310.979.8701

6   Attorneys for Plaintiff ROBERT ROSS

7   MARCELLUS MCRAE, SBN 140308
      mmcrae@gibsondunn.com
8   Gibson, Dunn & Crutcher LLP
    333 South Grand Avenue
9     Los Angeles, CA 90071-3197
      Telephone: 213.229.7000
10     Facsimile: 213.229.7520

11  ASHLEY E. JOHNSON, admitted *pro hac vice*
      ajohnson@gibsondunn.com
12  GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue
13  Dallas, TX 75201
    Telephone: 214.698.3100
14  Facsimile: 214.571.2949
    Attorneys for Defendant AT&T MOBILITY, LLC

15

16

17                   UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        OAKLAND DIVISION

20

21

22  ROBERT ROSS,                          CASE NO. 4:19-CV-06669 (JST)

23                   Plaintiff,           [~~PROPOSED~~] ORDER GRANTING
                                          MOTION TO FILE DISCOVERY
         v.                               LETTER BRIEF UNDER SEAL
24
    AT&T MOBILITY LLC, et al,
25                                        Date:   TBD
                     Defendants.          Time:   TBD
26                                        Place:  Courtroom 6

27

28

─────────────────────────────────────────────
              [~~PROPOSED~~] ORDER GRANTING MOTION TO SEAL

The Application of Plaintiff ROBERT ROSS ("Ross") and Defendant AT&T MOBILITY, LLC for an Order to file an unredacted version of their joint Discovery Letter to Magistrate under seal was received by the Court.

IT IS ORDERED, as follows:

1.     The Court GRANTS the motion to seal the unredacted version of the joint Discovery Letter to Magistrate.  The unredacted version hall remain under seal, and the public will have access only to the redacted version.


Dated:  October 1, 2021          _____

                                 Magistrate Judge Donna M. Ryu

[PROPOSED] ORDER GRANTING MOTION TO SEAL