# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ROBERT ROSS, | CASE NO. 4:19-CV-06669 (JST) |
| Plaintiff, | [~~PROPOSED~~] **ORDER EXTENDING SCHEDULING ORDER DEADLINES** |
| v. | |
| AT&T MOBILITY LLC, ONE TOUCH DIRECT, LLC, and, ONE TOUCH DIRECT-SAN ANTONIO, LLC, | |
| Defendant. | |

## [~~PROPOSED~~] ORDER EXTENDING SCHEDULING ORDER DEADLINES

Upon consideration of the stipulation filed by the parties, it is ORDERED that the Revised Scheduling Order (Dkt. 42) is amended as follows:

Fact discovery cutoff – April 8, 2022

Expert disclosures – April 22, 2022

Expert rebuttal – May 27, 2022

Dispositive motion hearing date – August 19, 2022

Pretrial conference statement – October 28, 2022

Pretrial conference – November 4, 2022

Trial – December 5, 2022

1  **IT IS SO ORDERED.**

Dated: October 5, 2021

_____
Honorable Jon S. Tigar
United States District Judge