| | |
|---|---|
| JENNIE LEE ANDERSON (SBN 203586)<br>jennie@andrusanderson.com<br>**ANDRUS ANDERSON LLP**<br>155 Montgomery Street, Suite 900<br>San Francisco, California 94104<br>Tel: (415) 986-1400<br>Fax: (415) 986-1474<br><br>ADAM J. LEVITT<br>alevitt@dicellolevitt.com<br>AMY E. KELLER<br>akeller@dicellolevitt.com<br>JAMES A. ULWICK<br>julwick@dicellolevitt.com<br>**DICELLO LEVITT GUTZLER, LLP**<br>Ten North Dearborn Street, 6th floor<br>Chicago, IL 60602<br>Tel: (312) 214-7900<br>Fax: (312) 253-1443<br><br>*Counsel for Plaintiff* | MARCELLUS ANTONIO MCRAE<br>mmcrae@gibsondunn.com<br>**GIBSON DUNN & CRUTCHER LLP**<br>33 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-7520<br><br>ASHLEY ELIZABETH JOHNSON<br>ajohnson@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue<br>Suite 2100<br>Dallas, TX 75201<br>Tel: (214) 698-3111<br>Fax: (214) 571-2900<br><br>*Counsel for Defendant AT&T Mobility LLC*<br><br>KEVIN THOMAS COLLINS<br>kcollins@buchalter.com<br>ALISSA RENEE PLEAU-FULLER<br>apleaufuller@buchalter.com<br>**BUCHALTER, A P.C.**<br>500 Capitol Mall, Suite 1900<br>Sacramento, CA 95814<br>Tel: (916) 945-5170<br>Fax: (916) 930-0151<br><br>*Counsel for Defendants One Touch Direct LLC and One Touch Direct-San Antonio LLC* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ROBERT ROSS, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>          Defendants. | Case No. 4:19-cv-06669 (JST)<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. Jon S. Tigar |

Case No. 4:19-cv-06669 (JST)

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Robert Ross, by and through his undersigned counsel, and Defendants AT&T Mobility LLC, One Touch Direct LLC, and One Touch Direct-San Antonio LLC, by and through their respective undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Respectfully Submitted this Third Day of March, 2022,

| | |
|---|---|
| ANDRUS ANDERSON LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ *Jennie Lee Anderson*<br>Jennie Lee Anderson | By: */s/ Ashley Elizabeth Johnson*<br>Ashley Elizabeth Johnson |
| *Counsel for Plaintiff, Robert Ross* | *Counsel for Defendant AT&T Mobility LLC* |
| | BUCHALTER, A P.C. |
| | By: */s/ Alissa Renee Pleau-Fuller*<br>Alissa Renee Pleau-Fuller |
| | *Counsel for Defendants One Touch Direct LLC and One Touch Direct-San Antonio LLC* |

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that concurrence regarding the filing of this document has been obtained from the signatories above.

Date: March 3, 2022     By: */s/ Jennie Lee Anderson*
                             Jennie Lee Anderson